UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENEVA LANGWORTHY,

                Plaintiff,

    v.

MARINA SHIPOVA, *et al.*,

                Defendants.

CASE NO. 3:23-cv-05700-DGE

REPORT AND RECOMMENDATION

Noting Date: October 20, 2023

Plaintiff Geneva Langworthy, proceeding *pro se*, filed this action alleging claims under the Rehabilitation Act of 1973, the Americans with Disabilities Act, Title II, and the First Amendment related to her expulsion from Peninsula College. Dkt. 1-1. The District Court has referred Plaintiff's pending Application to Proceed *In Forma Pauperis* ("IFP") (Dkt. 1) and proposed Complaint to United States Magistrate Judge Grady J. Leupold pursuant to Amended General Order 11-22.

Plaintiff filed this action on August 3, 2023. *See* Dkt. 1. On August 11, 2023, the Court screened Plaintiff's proposed Complaint and found it was deficient because Plaintiff failed to provide clarity regarding the nature of her claims and, thus, had not stated a short and plain

1  statement of a claim showing she is entitled to relief. Dkt. 3. The Court informed Plaintiff that, to

2  proceed with this lawsuit, she must file an amended complaint; re-noted the pending Application

3  to Proceed IFP; and provided Plaintiff leave to file an amended pleading by September 11, 2023,

4  to cure the deficiencies. *Id*.

5       Plaintiff did not file an amended complaint by September 11, 2023. However, on

6  September 14, 2023, Plaintiff filed a Response to the Court's Order, arguing she submitted a

7  valid claim, but that the Court "is systemically biased against me," and is "not actually a real

8  court, because they openly discriminate based upon unconstitutional criteria." Dkt. 5 at 1–2. In

9  addition, Plaintiff stated, "Rather than allow this Court to foreclose my right to resolve my

10  disputes through the civil courts, I will let Judge Leupold deny me IFP status, then I will

11  immediately appeal the denial of IFP to the Ninth Circuit Court of Appeals." *Id*. at 2.

12       Plaintiff has failed to comply with the Court's Order. *See* Dkt. 5. Not only has Plaintiff

13  failed to file an amended complaint, but her Response clearly indicates a refusal to comply with

14  the Court's Order. *See id*. Further, as discussed in the Order, Plaintiff's proposed Complaint has

15  not stated a short and plain statement of a claim showing she is entitled to relief. *See id*.

16  Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be **DENIED** and this

17  case be **DISMISSED without prejudice**.

18       Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties

19  shall have fourteen (14) days from service of this report to file written objections. *See also* Fed.

20  R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of

21  appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848

22  (9th Cir. 2012) (citations omitted).

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

      Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October 20, 2023, as noted in the caption.

      Dated this 6th day of October, 2023.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3