UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENEVA LANGWORTHY,

                Plaintiff,

    v.

MARINA SHIPOVA, et al.,

                Defendants.

CASE NO. 3:23-cv-05700-DGE

ORDER ADOPTING REPORT AND
RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge.  (Dkt. No. 6.)  The Court, having considered *de novo* the R&R and the remaining record, does hereby find and ORDER:

1. The Report and Recommendation (Dkt. No. 6) is ADOPTED;

2. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. No. 1) is DENIED and the case is DISMISSED without prejudice; and

3. The Clerk SHALL enter judgment and close this case.

DATED this 24th day of October, 2023.

David G. Estudillo
United States District Judge